■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN TORRES, Appellant. [654 NYS2d 658] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Corrado, J.), rendered July 26, 1995, convicting him of criminal possession of a weapon in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

At the plea proceeding, and in exchange for a sentence of probation, the defendant waived his right to review of the denial of his suppression motion. Both the defendant and his attorney signed a written waiver form that specifically embraced a waiver of review of the court's decisions on pretrial motions. Additionally, although the defendant's colloquy with the court was terse, and could well have been more expansive, the defendant said enough for us to conclude that he understood that he was waiving his right to appeal, that he knew what that meant, and that he agreed to do so. Accordingly, the defendant's conviction is affirmed (see, People v Calvi, 89 NY2d 868; People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Rosenblatt, J. P., Ritter, Friedmann and Florio, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY VANN, Appellant. [654 NYS2d 657] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 6, 1992 (People v Vann, 182 AD2d 655), affirming a judgment of the Supreme Court, Kings County, rendered November 14, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Ritter, Copertino and Thompson, JJ., concur.